UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                   :        13 Cr. 867 (WHP)

Sean Vaughn,                                            :        ORDER
                           Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Monday, July 20, 2020 at 3:00 p.m. regarding defendant's application for compassionate release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: July 16, 2020
       New York, New York

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                             U.S.D.J.