UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                                              :
       -against-                         :          13 Cr. 867 (WHP)
                                                              :
Sean Vaughn,                                       :          <u>ORDER</u>
                Defendant.    :
----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       This Court grants the defendant's application for compassionate release subject to the following conditions:

1. The defendant shall be released from the custody of the Bureau of Prisons following any appropriate COVID-19 quarantine.

2. The defendant shall be subject to home incarceration enforced by location monitoring with technology at the discretion of the Probation Office until November 8, 2022.

3. The defendant shall report to the Probation Office at 500 Pearl Street, 6th Floor, as soon as practicable to have the GPS tracker or other suitable location monitoring technology affixed to his ankle.

4. The defendant shall wear protective equipment, including face covering and gloves when reporting to the Probation Department.

5. The defendant shall be confined to the residence approved by the Probation Office 24-hours per day except for emergency medical visits. Any other release from the residence must be approved by either the Probation Office or the Court upon application from defense counsel.

6.  The defendant is to possess or have access to a cellphone that will allow video conferencing with the Probation Department.

7.  The defendant is subject to the standard and special conditions of supervision that were previously imposed at sentencing held on November 21, 2014.

Dated: July 21, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.